O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.  SA CR 15-35 |
| v. | ) |
| Peter Heinrich Conrad Reinert | ) ORDER OF DETENTION |
| *a/ka Peter Michael Berger* | ) |
| Defendant. | ) |

I.

A. ( )     On motion of the Government in a case allegedly involving:

    1. ( )     a crime of violence.

    2. ( )     an offense with maximum sentence of life imprisonment or death.

    3. ( )     a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )     any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )     any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓)     On motion by the Government / ( ) on Court's own motion, in a case

1        allegedly involving:

2        (✓)    On the further allegation by the Government of:

3        1. (✓)    a serious risk that the defendant will flee.

4        2. ( )    a serious risk that the defendant will:

5           a. ( ) obstruct or attempt to obstruct justice.

6           b. ( ) threaten, injure, or intimidate a prospective witness or juror or

7               attempt to do so.

8   C. The Government (✓) is/ ( ) is not entitled to a rebuttable presumption that no

9       condition or combination of conditions will reasonably assure the defendant's

10      appearance as required and the safety of any person or the community.

11

12                          II.

13   A. (✓)    The Court finds that no condition or combination of conditions will

14          reasonably assure:

15        1. (✓)    the appearance of the defendant as required.

16          (✓)    and/or

17        2. (✓)    the safety of any person or the community.

18   B. ( )    The Court finds that the defendant has not rebutted by sufficient

19          evidence to the contrary the presumption provided by statute.

20

21                          III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24      offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25      victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✗)  As to flight risk: *Lack of candor to pretrial services, lack of viable surities, foreign travel, and multiple aliases. Additionally, the instant*

B. (✗)  As to danger: *allegations also of notable*

## VI.

A. ( )  The Court finds that a serious risk exists that the defendant will: *concern with respect to economic fraud.*

    1. ( ) obstruct  or  attempt to  obstruct  justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.  The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the
    custody of the Attorney General for confinement in a corrections facility
    separate, to the extent practicable, from persons awaiting or serving

1    sentences or being held in custody pending appeal.

2    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

3       opportunity for private consultation with counsel.

4    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

5       or on request of any attorney for the Government, the person in charge of

6       the corrections facility in which the defendant is confined deliver the

7       defendant to a United States marshal for the purpose of an appearance in

8       connection with a court proceeding.

9

10

11

12   DATED: _____4.15.2015_____          _____

13                                        HONORABLE JAY C. GANDHI
                                          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**